## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL CASE NO. 3:20-cv-00168-MR

| | | |
|---|---|---|
| **SALIM ABDU GOULD,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **TODD E. ISHEE,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

Salim Abdu Gould, a prisoner of the State of North Carolina, has filed

a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in

this Court. [Doc. 1]. Gould challenges his criminal judgment imposed in the

Bertie County Superior Court, on October 11, 2017. [See Doc. 1: § 2254

Pet. at 1].

Bertie County is within the territorial jurisdiction of the United States

District Court for the Eastern District of North Carolina. See 28 U.S.C. §

113(a). Thus, pursuant to the provisions of 28 U.S.C. § 2241(d), and in

accordance with a joint order of the United States District Courts for the

Eastern, Middle and Western Districts of North Carolina (Joint Order, In re:

Applications for Writs of Habeas Corpus (Oct. 26, 1966)), the Court shall

transfer this action to the United States District Court for the Eastern District of North Carolina, where venue is proper.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall transfer this habeas action to the United States District Court for the Eastern District of North Carolina for all further proceedings. The Clerk is further directed to provide a copy of this Order to Gould and, thereafter, to close this case.

**IT SO ORDERED.**

Signed: May 4, 2020

Martin Reidinger
United States District Judge